FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 05, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>DAVID ANTHONY CAMPOS,<br><br>    Defendant. | No. 1:21-CR-02027-SAB-1<br><br>**ORDER DENYING MOTION TO DISMISS** |

  Before the Court is Defendant's Motion to Dismiss, ECF No. 23. The Court held a pretrial conference and motion hearing on October 4, 2021. The Government was represented by Thomas Hanlon and Defendant was represented by Jeremy Sporn. Defendant appeared in the courtroom in the custody of the U.S. Marshals.

  During the hearing, counsel for Defendant requested that the Court dismiss the Indictment filed on July 13, 2021, ECF No. 1, charging him with Assault of a Federal Officer in violation of 18 U.S.C. § 111(a)(1). The Government opposed the motion. For the reasons stated on the record, the Court denies Defendant's Motion to Dismiss. This Order memorializes the Court's oral rulings.

//

//

**ORDER DENYING MOTION TO DISMISS** # 1

Accordingly, **IT IS HEREBY ORDERED:**

1. Defendant's Motion to Dismiss, ECF No. 23, is **DENIED**.

2. Defendant's Motion to Seal, ECF No. 26, is **DISMISSED as moot**.

**IT IS SO ORDERED.** The District Court Clerk is hereby directed to enter this Order and provide copies to counsel.

**DATED** this 5th day of October 2021.



Stanley A. Bastian
Chief United States District Judge

**ORDER DENYING MOTION TO DISMISS # 2**