PROB 12C
(6/16)

Report Date: July 20, 2022

# United States District Court

for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: David Anthony Campos | Case Number: 0980 1:21CR02027-SAB-1 |
| Address of Offender: ███████████ Sunnyside, Washington 98944 | |

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: May 10, 2022

| | | |
|---|---|---|
| Original Offense: | Assault of Federal Officer, 18 U.S.C. § 111(a)(1) | |
| Original Sentence: | Prison - 13 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: June 17, 2022 |
| Defense Attorney: | Jeremy B. Sporn | Date Supervision Expires: June 16, 2025 |

### PETITIONING THE COURT

To issue a summons.

On June 17, 2022, Mr. Campos reviewed and signed his judgment and sentence acknowledging his understanding of his supervised release conditions.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: Mr. Campos is considered to be in violation of his supervised release conditions by committing Residential Burglary, RCW 9A.52.025, and Second Degree Malicious Mischief, RCW 9A.48.080, on June 25, 2022, per Yakima Police Department (YPD) incident number 22Y020068.<br><br>On June 25, 2022, at approximately 11:28 p.m., YPD Officer Couch responded to 1214 South 40th Ave., in Yakima, Washington, on a report of shots fired.  While en route, Officer Couch heard Sergeant (Sgt.) Grant advise he was stopping a vehicle matching the description of the suspect vehicle in the 3400 block of West Washington Avenue in Yakima. When Officer Couch arrived to assist Sgt. Grant, he was asked to respond to 1214 South 40th Avenue, to contact the reporting party and any victims.<br><br>Upon arrival, Officer Couch observed a female, later identified as MCR, sitting inside her vehicle in the parking lot of the duplexes at 1214 South 40th Avenue. Officer Couch |

Prob12C
Re: Campos, David Anthony
July 20, 2022
Page 2

observed there was broken glass on the pavement next to MRC's driver side door; the passenger side rear view mirror was broken and laying on the pavement next to MRC's passenger side rear door. The officer observed MRC was crying, shaking and clutching onto a can of bug spray. The officer asked MRC if she was injured and if the suspect was still on scene. MRC reported she was not injured and the officer did not observe any injuries on MRC. MRC reported that her ex-boyfriend, David Anthony Campos, was just there and caused the damage to her vehicle. The officer advised MRC that she was there to investigate a shooting, but MRC denied that any shooting had occurred. MRC reported that she had received a call from Mr. Campos saying he had just been dropped off at her home by the police and that he had their common child with him. MRC stated that David's parents had just been there as well and that her son had been staying with them and Mr. Campos at their home for a visit. MRC was very upset and it was difficult to understand what she was saying as she was speaking very quickly. MRC explained that when Mr. Campos called her, she was not at home, but was able to see on her phone which connected to her baby's monitor, that Mr. Campos was walking up to her front door and had their child was with him. MRC was able to view through the baby monitor that Mr. Campos was at her front door and then heard a loud crash at the front door through the audio of the baby monitor.

MRC said she arrived at her home and parked her vehicle out front, but remained in her vehicle as she was afraid. MRC continued to report that Mr. Campos' parents arrived and she asked Mr. Campos' father to go get the child from Mr. Campos. MRC reported that Mr. Campos walked out of the front door of her home carrying their child and up to her driver's side window, which she had open about 1 inch. MRC stated that Mr. Campos demanded MRC to open her car door, but MRC refused and told him to step away. Mr. Campos became angry and started yelling. At that point, Mr. Campos' father took the child out of Mr. Campos' arms and put the child into Mr. Campos' parents' vehicle. Mr. Campos continued to yell at MRC through her car window and then stuck his fingers into the small opening of the window and broke the glass of the window by pulling it towards himself, shattering the window completely. MRC stated she used a can of wasp spray she had in her car and started spraying Mr. Campos to keep him away from her. David continued to try to yell at MRC and then pulled the mirror out of her passenger side rear view mirror.

Eventually, Mr. Campos' father and mother were able to get Mr. Campos to leave. MRC reported seeing another unknown vehicle arrive and pick up Mr. Campos. MRC reported she did not recognize the vehicle, but that it was a dark colored sport utility vehicle (SUV). The vehicle left in an unknown direction with Mr. Campos inside. Mr. Campos' parents left with the child.

The officer observed the front door of MRC's home was damaged and that the door frame was also broken, consistent with a forced entry. She observed the television in the living room was broken and that another television in MRC's bedroom was also broken. She also observed the bathroom mirror had been pulled off and was laying on the floor near the living room couch. Officer Couch observed a pair of MRC's glasses were broken. Total estimated value of the damaged property is estimated at $2000.

MRC further reported that she and Mr. Campos were in a dating relationship for approximately 3 years until they separated a year ago. According to MRC, Mr. Campos had been previously arrested for other domestic violence charges against her, but that she did not believe he had been convicted on those charges. The officer completed the Domestic

Prob12C
Re: Campos, David Anthony
July 20, 2022
Page 3

Violence Lethality and Supplemental Screening with MRC. When asked if David had ever choked MRC, she reported that it was a few years ago and that he was arrested at that time for the incident.

The officer contacted Mr. Campos' parents by phone. Mr. Campos' mother advised that her husband received a text from MRC that she needed them to come to her home because their son, Mr. Campos, was there with their child.

A search of David's criminal history showed that Mr. Campos had been convicted for residential burglary in 2007.

The officer completed an SIR for Mr. Campos arrest for Residential Burglary, RCW 9A.52.025, class B felony and Second Degree Malicious Mischief, RCW 9A.48.080, class C felony, and sent it to dispatch.

As of the date of this report, Mr. Campos has not been arrested on this matter nor has he been charged.

2  **Special Condition #5**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence**: Mr. Campos is considered to be in violation of his supervised release conditions by consuming alcohol on or about June 25, 2022.

On June 27, 2022, Mr. Campos reported to this officer that he had contact with YPD over the weekend in regards to an incident where he was involved in a verbal argument while taking care of his child. Mr. Campos denied any violation behavior at that time.

On June 29, 2022, after this officer reviewed the aforementioned police report in violation 1, this officer contacted Mr. Campos. This officer asked Mr. Campos if he had consumed alcoholic beverages on June 25, 2022. Mr. Campos admitted to having consumed a couple of beers.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   July 20, 2022

s/Arturo Santana

Arturo Santana
U.S. Probation Officer

Prob12C
Re: Campos, David Anthony
July 20, 2022
Page 4

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

_____
Signature of Judicial Officer

_____7/21/2022_____
Date