PROB 12C
(6/16)

Report Date: December 20, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 20, 2022

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: David Anthony Campos    Case Number: 0980 1:21CR02027-SAB-1

Address of Offender:                       Sunnyside, Washington 98944

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: May 10, 2022

Original Offense:    Assault of Federal Officer, 18 U.S.C. §§ 111(a)(1)

Original Sentence:   Prison - 13 months          Type of Supervision: Supervised Release
                     TSR - 36 months

Asst. U.S. Attorney: Thomas J. Hanlon           Date Supervision Commenced: June 17, 2022

Defense Attorney:    Jeremy B. Sporn            Date Supervision Expires: June 16, 2025

## PETITIONING THE COURT

To issue a summons.

On June 17, 2022, Mr. Campos reviewed and signed his judgment and sentence acknowledging his understanding of his supervised release conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: Mr. Campos is considered to be in violation of his supervised release conditions by violating a protection order, obstructing a law enforcement officer, and making a false statement to a public servant on December 8, 2022, per Selah Police Department incident number 22H3439.<br><br>On December 8, 2022, at approximately 8:13 p.m., David A. Campos (08/06/1991) was located inside of a vehicle with MCR while Officer Owens was conducting a traffic stop in the 400 block of North First Street. Mr. Campos is listed as the respondent in a valid and served domestic violence (DV) no contact order (NCO) where MCR is listed as the petitioner. Both MCR and Mr. Campos provided the officer with a false name stating that Mr. Campos was "Anthony Garcia," with a birth date of 04/26/1991. Mr. Campos was asked to step out of the passenger side of the vehicle, to which he refused. Mr. Campos was removed from the vehicle at TASER point and taken into custody with minimal force being used by officers. |

Prob12C
Re: Campos, David Anthony
December 20, 2022
Page 2

    Mr. Campos was booked into the Yakima County Jail for a protection order violation and obstruction. Given the circumstances, the bail was increased to $2,500 per charge by Judge Faul. On December 9, 2022, Mr. Campos posted bail and was released from custody.

    On December 13, 2022, Mr. Campos was arraigned on the charge of protection order violation and a pretrial hearing was sent for January 17, 2023.

2    **Special Condition #4**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

    **Supporting Evidence**: Mr. Campos is considered to be in violation of his supervised release conditions by failing to enter into and successfully completing an approved substance abuse treatment program as of December 19, 2022.

    On November 15, 2022, Mr. Campos completed a substance abuse evaluation at Merit Resource Services (Merit). On November 21, 2022, Merit recommended that Mr. Campos complete an intensive outpatient treatment program. He was scheduled to report back to Merit on November 29, 2022, to be admitted into the treatment program.

    On December 19, 2022, this officer contacted Merit and verified that Mr. Campos had not contacted Merit to begin his recommended treatment program.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    12/20/2022

s/Arturo Santana

Arturo Santana
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

12/20/2022

Date