PROB 12A
(6/16)

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 17, 2023

SEAN F. McAVOY, CLERK

# United States District Court

## for the

## Eastern District of Washington

### Report on Offender Under Supervision
*(No Action Requested)*

| | |
|---|---|
| Name of Offender: David Anthony Campos | Case Number: 0980 1:21CR02027-SAB-1 |

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

| | |
|---|---|
| Date of Original Sentence: May 10, 2022 | Type of Supervision:  Supervised Release |
| Original Offense: Assault of Federal Officer, 18 U.S.C. § 111(a)(1) | Date Supervision Commenced: June 17, 2022 |
| Original Sentence: Prison - 13 Months; TSR - 36 Months | Date Supervision Expires: June 16, 2025 |

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: Mr. Campos is considered to be in violation of his supervised release conditions by consuming methamphetamine on or between February 16 and 23, 2023.

On February 17, 2023, this officer received a call from Mr. Campos' substance use disorder counselor at Merit Resource Services (Merit) and she reported that Mr. Campos self-reported he relapsed and consumed methamphetamine. A case staffing with Mr. Campos was scheduled for February 23, 2023.

On February 23, 2023, this officer met with Mr. Campos, his primary treatment counselor and the clinical treatment counselor. Mr. Campos admitted he consumed methamphetamine on February 16 and 22, 2023.

**U.S. Probation Officer Action**:

On June 17, 2022, Mr. Campos released from custody at the Yakima County Jail after serving his sentence and reported to the U.S. Probation Office in Yakima, Washington, as instructed. He commenced his term of supervised release.

On July 21, 2022, a petition (ECF 56) requesting a summons was filed alleging two violations: committing residential burglary and second degree malicious mischief. On November 2, 2022, Mr. Campos made an initial appearance and a revocation hearing was set for November 29, 2022.

Prob12A
Re: Campos, David Anthony
March 17, 2023
Page 2

On November 29, 2022, Mr. Campos appeared at his revocation hearing. The petition was dismissed by the Court as part of a joint proposal as the state charges were unresolved and Mr. Campos engaged in substance abuse treatment to address his underlying chemical addiction. Mr. Campos continued on supervised release and sought employment.

On December 9, 2022, Mr. Campos was arrested for violating a protection order and obstructing; Mr. Campos posted bail and was released from custody. On December 20, 2022, a petition (ECF 77) requesting a summons was filed alleging two violations: violating a protection order and noncompliance with substance abuse treatment.

On January 24, 2023, Mr. Campos appeared at his revocation hearing. The Court found both violations were committed. The Court did not impose jail and Mr. Campos was kept on his current supervised release term. Mr. Campos was also ordered to home detention with Global Positioning System (GPS) monitoring for 60 days.

During the month of January 2023, Mr. Campos was in compliance with his treatment plan at Merit. He met all his requirements. He attended every group and engaged with his peers. His counselor stated that Mr. Campos offered solid relatable feedback in the group process. Mr. Campos presented his group assignments and individual service plan assignments in a timely manner. Mr. Campos also adjusted well to location monitoring and maintained compliance.

On February 6, 2023, My Mr. Campos was allowed to obtain employment working for a renovation company, Senator, LLC. On February 9, 2023, Mr. Campos began his job which consisted of finishing walls, painting, and laying down vinyl floors. Mr. Campos would continue his employment but found himself in a difficult situation. Mr. Campos stated there were a few coworkers that were old associates and were functioning addicts. Mr. Campos reported he relapsed and consumed methamphetamine. Ultimately, he quit his job to avoid associating with negative influences. This officer verified with his employer that Mr. Campos was a hard worker and had nothing but good things to say about him during his short period of employment.

According to Mr. Campos' counselor, on February 16, 2023, Mr. Campos reported to Merit after business hours and requested to speak privately with his counselor. Mr. Campos reported he relapsed, consumed methamphetamine, and wanted help. The counselor stated Mr. Campos wanted to seek inpatient treatment services. Mr. Campos was commended for reaching out for help and being proactive to address his setback. Mr. Campos was informed that his probation officer would be contacted.

On February 17, 2023, Mr. Campos' counselor contacted this officer to share that Mr. Campos had a relapse and a case staffing was scheduled for February 23, 2023, to address Mr. Campos' treatment status. On February 23, 2023, this officer met with Mr. Campos, his counselor, and the clinical treatment supervisor. Mr. Campos admitted to having consumed methamphetamine on February 16 and 22, 2023. Mr. Campos' level of care was increased to include more UA testing and family counseling where Mr. Campos would be required to bring a close family member with him to participate in his treatment program. Mr. Campos has continued to maintain compliance with his treatment program at Merit.

On March 16, 2023, Mr. Campos attended an individual session with his counselor and he expressed his desire to attend an inpatient treatment program once he completed his term of location monitoring. Mr. Campos also submitted a clean urinalysis (UA) to verify his abstinence.

Based on the above-information, this officer respectfully recommends no further action be taken at this time to allow Mr. Campos an opportunity to address his setback with his treatment provider and show sustained abstinence from the use of controlled substance by increased random UA testing. Should Mr. Campos have future failures to comply, or if he fails to complete any recommended treatment programing, he will be referred to the Court to address his noncompliance.

Prob12A
**Re: Campos, David Anthony**
**March 17, 2023**
**Page 3**

I declare under penalty of perjury that the foregoing is true and correct.

Executed On: March 17, 2023

s/Arturo Santana

Arturo Santana
U.S. Probation Officer

[x] Court Concurs with Officer Action
[ ] Submit a Request for Modifying the Condition or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

*Signature of Judicial Officer*

3/17/2023
Date