PROB 12C
(6/16)

Report Date: March 29, 2023

United States District Court

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

for the

Mar 30, 2023

Eastern District of Washington

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: David Anthony Campos | Case Number: 0980 1:21CR02027-SAB-1 |
| Address of Offender: ▇▇▇▇▇▇▇▇▇▇ Sunnyside, Washington 98944 | |
| Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge | |
| Date of Original Sentence: May 10, 2022 | |
| Original Offense: Assault of Federal Officer, 18 U.S.C. § 111(a)(1) | |
| Original Sentence: Prison - 13 months / TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: Thomas J. Hanlon | Date Supervision Commenced: June 17, 2022 |
| Defense Attorney: Nick Mirr | Date Supervision Expires: June 16, 2025 |

### PETITIONING THE COURT

To issue a summons.

On June 17, 2022, Mr. Campos reviewed and signed his judgment and sentence acknowledging his understanding of his supervised release conditions

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Mr. Campos is considered to be in violation of his supervised release conditions by consuming a controlled substance, methamphetamine, on or about March 21, 2023. |
| | On March 21, 2023, Mr. Campos contacted this officer via text message and stated he might be dirty because his cousin gave him a vape pen and he thought it might have methamphetamine in it because he could not go to sleep the night before.  Mr. Campos also texted that his color got called on the colorline for random urinalysis (UA) testing and he would find out. |
| | On this same date, Mr. Campos reported to Merit Resource Services (Merit) and submitted to UA testing.  The Merit UA technician contacted this officer to notify that the specimen |

Prob12C
Re: Campos, David Anthony
March 29, 2023
Page 2

provided by Mr. Campos was presumptive positive for methamphetamine. The technician stated the specimen was sent to Alere Toxicology Services (Alere) laboratory for confirmation testing.

On March 29, 2023, the test results were received from Alere confirming that the specimen provided by Mr. Campos was positive for methamphetamine.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegation contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    March 29, 2023

s/Arturo Santana

Arturo Santana
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

*Stanley A. Bastian*

Signature of Judicial Officer

3/30/2023
Date