PROB 12C
(6/16)

Report Date: May 12, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 12, 2023
SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: David Anthony Campos | Case Number: 0980 1:21CR02027-SAB-1 |

Address of Offender: Unknown

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: May 10, 2022

| | | |
|---|---|---|
| Original Offense: | Assault of Federal Officer, 18 U.S.C. § 111(a)(1) | |
| Original Sentence: | Prison - 13 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: June 17, 2022 |
| Defense Attorney: | Nick Mirr | Date Supervision Expires: June 16, 2025 |

### PETITIONING THE COURT

To issue a warrant and to incorporate the violations contained in this petition in future proceedings with the violation previously reported to the Court on 3/29/2023.

On June 17, 2022, Mr. Campos reviewed and signed his judgment and sentence acknowledging his understanding of his supervised release conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the Court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.<br><br>**Supporting Evidence**: Mr. Campos is considered to be in violation of his supervised release conditions by failing to report to his probation officer since May 5, 2023.<br><br>On April 24, 2023, Mr. Campos was instructed to report to the probation office in person in the first week of May (May 1 to May 5, 2023), to follow up on his housing arrangements. Mr. Campos failed to report to his probation officer by May 5, 2023.<br><br>This officer attempted to contact Mr. Campos on his listed cellular telephone with no success.  This officer contacted Mr. Campos' mother and she reports Mr. Campos is no longer residing with her at her residence. |

Prob12C
**Re: Campos, David Anthony**
**May 12, 2023**
**Page 2**

| | |
|---|---|
| 3 | **Standard Condition #5**: You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.<br><br>**Supporting Evidence**: Mr. Campos is considered to be in violation of his supervised release conditions by failing to report a change of address since April 24, 2023.<br><br>On April 24, 2023, this officer received notice from Mr. Campos' mother and she stated Mr. Campos is no longer living in her home due to his drug use and bringing his drug addicted friends to her home. On this date, Mr. Campos was instructed to obtain a new address and report to his probation officer by May 5, 2023.<br><br>As of the date of this petition, Mr. Campos failed to provide a change of address and his whereabouts is unknown. |
| 4 | **Special Condition #4**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.<br><br>**Supporting Evidence**: Mr. Campos is considered to be in violation of his supervised release conditions by failing to successfully complete a recommended inpatient treatment program since on or about April 20, 2023.<br><br>On April 8, 2023, Mr. Campos was admitted into inpatient treatment at Sundown M Ranch, with a tentative completion date of May 6, 2023.<br><br>On April 20, 2023, this officer received a telephone call from Mr. Campos, he stated to have been discharged from Sundown M Ranch. Mr. Campos stated he had an urgent family matter at home and left on good terms with arrangements made to resume outpatient treatment services at Merit Resource Services (Merit) in Sunnyside, Washington.<br><br>On April 24, 2023, this officer spoke with Mr. Campos to follow up on his treatment status since no verification was received from Sundown M Ranch as to his discharge. Mr. Campos was encouraged to follow up with outpatient treatment services and obtain a new address as his mother no longer wanted him to reside at her residence.<br><br>On April 28, 2023, this officer verified that Mr. Campos was scheduled for an admission appointment at Merit on May 3, 2023.<br><br>On May 4, 2023, Merit reported that Mr. Campos failed to show up on May 3, 2023, and has not kept in contact with his counselor. Mr. Campos had until May 5, 2023, to contact Merit or his file would be closed. On May 5, 2023, Mr. Campos was terminated from Merit for treatment services as he made no effort to contact them and follow through with services. |

Prob12C
**Re: Campos, David Anthony**
**May 12, 2023**
**Page 3**

On May 11, 2023, this officer received the discharge summary from Sundown M Ranch and it stated, "David was discharged from Sundown M Ranch's care on April 20, 2023, from the adult inpatient program level. He was discharged for the following reasons: Patient is unable/unwilling to engage in treatment functions and left against medical advice."

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violation previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: May 12, 2023

s/Arturo Santana

Arturo Santana
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

*Stanley A. Bastian*

Signature of Judicial Officer

5/12/2023

Date